**Order entered August 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00360-CR

**DEMOND DEPREE BLUNTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

## ORDER

Before the Court are the State's August 12, 2019 motion for leave to file brief exceeding the prescribed word limit and the State's August 14, 2019 motion for leave to file an amended brief correcting certain record cites. We **GRANT** the motions and **ORDER** the State's amended brief received on August 14, 2019 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE